THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
NEW YORK WORLD'S FAIR 1939, INC., Defendant, and
GOTHAM PRODUCTIONS, INC., et al., Respondents.

Argued May 22, 1941; decided June 19, 1941.

*John J. Bennett, Jr., Attorney-General* (*Hugh Reilly* and
*Henry Epstein* of counsel), for appellant.

*Arthur Garfield Hays, John Schulman* and *William Abramson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.